## DECLARATION OF DIANA KONATÉ

I, Diana Konaté, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Deputy Executive Director of Policy and Advocacy at African Communities Together, a named plaintiff in this case. I have worked at African Communities Together for six and a half years.

2. I have personal knowledge of the facts contained in this declaration including the organization's mission, core activities, programmatic work, and membership.

**Background on African Communities Together**

3. African Communities Together (ACT) is a 501(c)(3) nonprofit organization of African immigrants fighting for civil rights, opportunity, and a better life for our families and communities here in the United States. ACT was incorporated in New York state in 2013 by a first-generation Ethiopian immigrant and is a membership-based organization.

4. ACT's mission is to empower African immigrants and help them integrate socially, advance economically, and engage civically in the United States. ACT helps African immigrants find free or low-cost legal assistance, job recruitment programs, leadership development, and more. Each year, ACT provides hundreds of members with free, high-quality immigration legal services.

5. ACT has three chapters: one in New York, one in the Washington D.C. metro area, and one in Pennsylvania. ACT has built a grassroots membership base of thousands of African immigrant members. Our New York members are primarily West African, almost evenly divided between Francophone countries (*e.g.*, Senegal, Guinea, and Mauritania) and Anglophone countries (*e.g.*, Nigeria, Ghana, Liberia). In the Washington, D.C. metro area, most of our members are from East Africa (Ethiopia, Eritrea, and Sudan). Roughly two-thirds of our New

York members and about 40 percent of our DMV members are Muslim. Between 60 and 65 percent of ACT's members are women.

6. ACT has connected thousands of our members to direct services, helped our members develop as leaders, and organized our communities to take action on policy issues that matter. Most of ACT's members are low-income. We prioritize the leadership development of low-income and working-class members.

**ACT's Membership**

7. ACT is a membership-based organization that serves thousands of members across its three chapters.

8. Staff recruit members among the African immigrant community by sharing information about membership with those who come to ACT seeking services, as well as hosting targeted recruitment events, tabling at community events, and hosting informational webinars that include information about joining ACT.

9. One of the ways members join ACT is by meeting with ACT intake staff and filling out a membership form, which is available on our website at https://africans.us/membership-form. Members provide their contact information, including email and/or phone number, in the membership form, which ACT uses to contact its members. During the intake process, ACT staff ask new members what services they need and give them the opportunity to provide information about their immigration status.

10. Members set ACT's priorities and shape our work in a variety of ways. Members attend monthly membership meetings at each chapter, during which they can provide feedback and recommendations about ACT's work and its campaigns. Members can also join committees that run our advocacy campaigns. Members on committees have the opportunity to participate in

various training programs, including regarding the legislative process, organizing, and media training.

11. ACT offers a variety of free services to its members, including immigration legal services, assistance with health insurance and public school enrollment, support in applying for identification, and referrals for food and housing.

### ACT's Members Are Subject to the Government's Courthouse Arrest and Dismissal Policies

12. Many of ACT's African immigrant members, including members of ACT's New York chapter, are noncitizens in removal proceedings. These members are at risk of being arrested and detained by ICE when they go to court for mandatory hearings in their immigration cases under the government's new policy of arresting noncitizens when they appear in court (the "Courthouse Arrest Policy").

13. These noncitizen ACT members are also at risk of having their full removal proceedings dismissed under the government's new policy encouraging Immigration Judges ("IJs") to summarily dismiss regular removal proceedings without meaningful process (the "Dismissal Policy").

14. Two of ACT's members have already been arrested and detained by ICE after attending hearings in their immigration cases.

15. The following members have already been impacted by the Courthouse Arrest and Dismissal Policies, or are at risk of being impacted:

*ACT Member John Doe 7*

16. ACT – John Doe 7 is a member of ACT, 27 years old, and a noncitizen. John Doe 7 filed for asylum soon after arriving in the United States with the help of the Red Cross.

17. About a year after John Doe 7 filed his asylum application, he received his Employment Authorization Document and began working at Amazon. He lived with his uncle in the Bronx and began attending ESL classes to learn English. He has no criminal record.

18. John Doe 7 joined ACT to seek legal assistance with his asylum case. At ACT, John Doe 7 has found not only legal support but also a community that has provided him with emotional and practical support.

19. In June 2025, John Doe 7 attended a master calendar hearing in his immigration case at 26 Federal Plaza.

20. After the proceeding concluded, John Doe 7 was arrested by ICE in front of the elevator outside the courtroom. He was taken to a detention facility in Elizabeth, New Jersey, and then transported to the Joe Corley Detention Center in Conroe, Texas, where he remains in detention today.

21. The experience of being arrested at 26 Federal Plaza and placed in detention has been devastating for John Doe 7. He had just begun to find stability in his life in New York, working, going to school, and living with family. Now, he is separated from his family and unable to attend school or work.

22. Conditions in the detention center where John Doe 7 is being held are extremely poor. The facility is overcrowded and cold, with twelve people being held in each cell. John Doe 7 has received no medical or mental health care despite experiencing severe headaches and, for the first time in his life, hallucinations. His ailments have been worsening, likely due to a combination of stress and the lack of medical attention.

23. John Doe 7 came to the United States in search of safety and the opportunity to live and work freely. Instead, he was ripped from the life he had begun to build for himself in

New York. He feels like he is being punished for seeking asylum. Living in detention has felt like a slow breakdown of his dignity.

***ACT Member John Doe 8***

24. ACT – John Doe 8 is a member of ACT, 27 years old, and a noncitizen. He is currently in removal proceedings and has a pending asylum application.

25. John Doe 8 is currently attending ESL classes to improve his English, working different jobs, including food delivery, and living in Brooklyn. He has no criminal record.

26. He joined ACT because he was looking for a community and place of belonging. ACT has provided him with support, guidance, and the opportunity to grow and contribute to the community.

27. John Doe 8 has an upcoming master calendar hearing in his removal proceedings in October 2025. He filed a motion requesting permission to attend the hearing virtually (via WebEx), which the presiding IJ has not yet decided.

28. John Doe 8 feels constant, overwhelming fear about going to court because of the risk that he will be arrested and detained by ICE. His fear is so intense that he often feels paralyzed and unable to focus on anything else in his life. John Doe 8 has considered not attending his upcoming master calendar hearing because of the risk of being deported. However, he understands that attending the hearing is essential to continue fighting for his right to remain in the United States. John Doe 8 does not know whether the right thing to do is to show up to court and risk being detained, or not to attend and lose the chance to defend his right to remain in the country. He feels that every step in the legal process is a trap, rather than a path to justice.

29. If John Doe 8 were arrested and detained at his upcoming hearing, the consequences would be devastating. He would lose the stability he has been working to build, including by going to school and working.

**ACT Member Jane Doe 1**

30. Jane Doe 1 is a member of ACT, 42 years old, and a noncitizen. She is currently in removal proceedings and has a pending asylum application. She is working with ACT to pursue asylum.

31. Jane Doe 1 currently lives in New York City while working as a hairdresser. She attends ESL classes and is studying to become a home healthcare aide. Her goal is to become a stable, independent woman who can support herself. She has no criminal record.

32. Jane Doe 1 joined ACT to find community and support while alone in a new country. ACT has provided her with legal assistance and helped her with her job search, among other things.

33. Jane Doe 1 has an upcoming master calendar hearing in her immigration proceedings in October 2025. The hearing was previously scheduled for an earlier date, but it was postponed after Jane Doe 1 filed a motion requesting permission to attend the hearing virtually (via WebEx). Jane Doe 1 submitted a second motion requesting permission to attend the hearing virtually, but it was denied by the IJ, so her upcoming hearing is scheduled to take place in person.

34. Jane Doe 1 knows she must attend her upcoming hearing, but she experiences a lot of anxiety, sometimes even heart palpitations, when she thinks about going to court because she is afraid of being detained. She wants to do the right thing and follow the process required of her, but she feels emotionally and psychologically exhausted because she constantly wonders

whether she will be detained when she goes to court. The government's new policies have made Jane Doe 1 feel that no matter what she does, whether or not she follows the rules and shows up to court, she is still not safe. She came to the United States hoping to be treated with fairness and humanity, but the new policy has made her feel powerless and disrespected. She feels like she is being punished for trying to start over.

35. Jane Doe 1 believes it would destroy her, mentally and physically, to be arrested and detained at her upcoming hearing. She has been working hard to build a better life for herself and to heal from the pain and suffering she experienced in her home country. Being detained would destroy her progress completely.

***ACT Member Jane Doe 2 and Her Family***

36. Jane Doe 2 is a member of ACT, 43 years old, and a noncitizen. She came to the United States with her husband and their four children, who were 3, 5, 9, and 18 years old when they entered the country. She and her family are in removal proceedings. They have a pending application for asylum.

37. Jane Doe 2 and her husband came to the United States seeking a better and safer life for their family. Her three younger children are in school in New York City. Her oldest child graduated from high school—despite only being able to attend part of her senior year due to the date of their arrival in the United States—and has been accepted to college to pursue a career in medicine.

38. Jane Doe 2 and her family joined ACT seeking help with their immigration case. In addition to legal advice, ACT has provided them with emotional support, helped them understand their rights, and connected them with resources.

39. Jane Doe 2 and her family had a master calendar hearing scheduled to take place in July 2025. Jane Doe 2 filed a motion to attend the hearing virtually in advance of the hearing to avoid the risk of being arrested at the courthouse, but the IJ presiding over her case did not decide the motion before the hearing date, so she and her family attended in person. At the hearing, her removal proceeding was adjourned until February 2026. The IJ stated that individuals appearing pro se would not be permitted to appear virtually.

40. As Jane Doe 2 and her family do not have an attorney, nor the funds to pay for one, she will need to attend her February 2026 hearing in person unless she is able to find free legal representation. Jane Doe 2 fears that she will be arrested at her upcoming hearing, detained, and separated from her children.

41. Jane Doe 2 believes she has no choice but to appear at her upcoming hearing because not attending could result in the entry of an automatic removal order and losing the chance to defend the family's asylum case. But the government's new policy of courthouse arrests and seeking dismissal of removal proceedings has caused Jane Doe 2 and her husband severe emotional and psychological distress. They are constantly anxious and overwhelmed and barely sleep at night. Jane Doe 2 has lost a lot of weight because of her stress.

42. Although Jane Doe 2 and her husband have tried to hide their stress from their children, their oldest child is aware of the situation and deeply scared of losing her freedom. She is trying to live a normal teenage life, but she feels like that experience has been stolen from her.

43. Being arrested and detained would be devastating for Jane Doe 2 and her family. Jane Doe 2 fears she would be separated from her children, who already experienced a difficult and traumatic journey to come to the United States. Jane Doe 2 wants to be able to protect her

children and provide them with safety and stability; if she is detained and separated from them, she will be unable to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Diana Konaté*

Diana Konaté

Executed this 11th day of August 2025