### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; and THE DOOR, <br><br> *Plaintiffs,* <br><br> v. <br><br> Todd M. LYONS, et al., <br><br> *Defendants.* | Case No. 25-cv-06366 |

### <u>DECLARATION OF AMY BELSHER</u>

I, Amy Belsher, declare as follows:

1. I am over eighteen years of age and am competent to make this declaration.

2. I am the Director of Immigrants' Rights Litigation at the New York Civil Liberties Union. I represent Plaintiffs in this case.

3. Attached hereto as exhibits are true and correct copies of the following:

| Exhibit | Document |
|---|---|
| 1 | Memorandum from Tae Johnson, Acting Dir. of U.S. Immigr. & Customs Enf't & Troy Miller, Acting Comm'r of U.S. Customs & Border Prot., *Civil Immigration Enforcement Actions in or near Courthouses* (Apr. 27, 2021) [https://perma.cc/KJJ2-7JNW]. |
| 2 | Am. Immigration Laws Ass'n, *Practice Alert: EOIR Guidance to Immigration Judges on Dismissals and Other Adjudications* (June 12, 2025) [https://perma.cc/2TWH-24W9]. |
| 3 | Memorandum from Caleb Vitello, Acting Dir. of U.S. Immigr. & Customs Enf't, *Interim Guidance: Civil Immigration Enforcement Actions in or near Courthouses* (Jan. 21, 2025) [https://perma.cc/AGN9-24UK]. |
| 4 | Memorandum from Todd M. Lyons, Acting Dir. of U.S. Immigr. & Customs Enf't, *Civil Immigration Enforcement Actions In or Near Courthouses* (May 27, 2025) [https://perma.cc/AGN9-24UK]. |
| 5 | Exec. Office for Immigration Review, Immigration Court Practice Manual: Chapter 3, https://www.justice.gov/eoir/reference-materials/ic/chapter-3/1 [https://perma.cc/CBS9-FQAP]. |
| 6 | Hamed Aleaziz et al., *How ICE Is Seeking to Ramp Up Deportations Through Courthouse Arrests*, N.Y. Times (June 1, 2025), https://www.nytimes.com/2025/05/30/us/politics/ice-courthouse-arrests.html [https://perma.cc/GQ6N-LCL5]. |

| | |
|---|---|
| 7 | Arelis R. Hernández & Maria Sacchetti, *Immigrant Arrests at Courthouses Signal New Tactic in Trump's Deportation Push*, Wash. Post (May 23, 2025), https://www.washingtonpost.com/immigration/2025/05/23/immigration-court-arrests-ice-trump/. |
| 8 | Ximena Bustillo, *ICE's Novel Strategy Allows for More Arrests from Inside Immigration Courts*, N.P.R. (June 12, 2025), https://www.npr.org/2025/06/12/nx-s1-5409403/trump-immigration-courts-arrests [https://perma.cc/HSS6-XYQX]. |
| 9 | Cameron Arcand, *Trump Administration Sets New Goal of 3,000 Illegal Immigrant Arrests Daily*, Fox News (May 29, 2025), https://www.foxnews.com/politics/trump-administration-aims-3000-arrests-illegal-immigrants-each-day [https://perma.cc/Q5XP-Y5NY]. |
| 10 | Brittany Gibson & Stef W. Kight, *Scoop: Stephen Miller, Noem Tell ICE to Supercharge Immigrant Arrests*, Axios (May 28, 2025), https://www.axios.com/2025/05/28/immigration-ice-deportations-stephen-miller [https://perma.cc/KY9F-SED4]. |
| 11 | Haidee Chu & Gwynne Hogan, *NYC Immigration Arrests Just Shot Through the Roof, New Data Shows*, The City (July 14, 2025), https://www.thecity.nyc/2025/07/14/ice-migrant-arrests-trump-administration-deportations-data/ [https://perma.cc/3VQQ-2URV]. |
| 12 | Memorandum from Kevin Riley & Philip Taylor, Acting Reg'l Deputy Chief Immigration Judges, *Guidance on Case Adjudication* (May 30, 2025). |
| 13 | American Immigration Lawyers Association, Policy Brief: ICE Arrests at Immigration Courts (Aug. 1, 2025), https://www.aila.org/library/policy-brief-ice-arrests-at-immigration-courts [https://perma.cc/W4RF-6BHG]. |
| 14 | Maurice DuBois, *3 Immigration Judges Speak Out About Their Firings: "It was arbitrary, unfair"*, CBS (Jul. 24, 2025), https://www.cbsnews.com/news/immigration-judges-speak-out-firings-arbitrary-unfair/ [https://perma.cc/ZE5Z-9V72]. |
| 15 | David J. Bier (@David_J_Bier), X (July 25, 2025, 11:27am), https://x.com/David_J_Bier/status/1948767077159866819 [https://perma.cc/53UR-GK2D]. |
| 16 | Todd Heisler et al., *Anatomy of an ICE Arrest*, N.Y. Times (Aug. 3, 2025), https://www.nytimes.com/2025/08/03/nyregion/immigrant-arrests-courthouse.html. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Date: August 11, 2025
    New York, NY
                                            Amy Belsher