**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AFRICAN COMMUNITIES TOGETHER;
and THE DOOR,

                                *Plaintiffs*,

v.

Todd M. LYONS, et al.,


                                *Defendants*.

Case No. 25-cv-06366

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Megan Porter hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Arican Communities Together and The Door in the above-captioned action.

I am in good standing for the bars of the states of Illinois and Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.


DATED:        August, 12, 2025            Respectfully Submitted,

                                          /s/ Megan Porter

                                          Megan Porter
                                          NEW YORK CIVIL LIBERTIES UNION
                                            FOUNDATION
                                          125 Broad Street, 19th Floor
                                          New York, NY 10004
                                          (212) 607-3300
                                          mporter@nyclu.org