UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; and THE DOOR, <br><br> *Plaintiffs*, <br><br> v. <br><br> Todd M. LYONS, et al., <br><br> *Defendants*. | Case No. 25-cv-06366 <br><br> **AFFIDAVIT IN SUPPORT OF PRO HAC VICE ADMISSION** |

I, Megan Porter, being duly sworn, hereby depose and say as follows:

1. I am a Staff Attorney with the New York Civil Liberties Union Foundation.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the bars for the states of Illinois and Ohio.

4. There are no pending disciplinary proceedings against me in any state or federal courts.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My Attorney Registration Numbers are: 100981, 6347062.

Dated:      August 12, 2025

Respectfully Submitted,

_____
Signature of Affiant

Megan Porter
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 19th Floor New York, NY 10004
(212) 607-3300

1

# NOTARY ACKNOWLEDGEMENT

STATE OF New York
COUNTY OF New York
CITY OF New York

I, Megan Porter, SWEAR (OR AFFIRM) that the foregoing information is true and accurate to the best of my knowledge.

Signature of Affiant _____

Dated _August 12, 2025_

Subscribed and sworn or affirmed before me this

_12th_ day of _August_ in the year 20 _25_ .

ELIZABETH HUI GYORI
Notary Public, State of New York
Reg. No. 02GY6419377
Qualified in Kings County
Commission Expires 07/06/2029

_____
**Notary Public**
**(Sign & Affix Seal or Stamp)**

2