UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; and THE DOOR,<br><br>                *Plaintiffs*,<br>v.<br><br>Todd M. LYONS, et al.,<br><br>                *Defendants*. | Case No. 25-cv-06366<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Megan Porter for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that they are a member in good standing for the bars of the states of Illinois and Ohio; and that their contact information is as follows:

    Applicant's Name:    Megan Porter
    Firm Name:    New York Civil Liberties Union Foundation
    Address:    125 Broad Street, 19th Floor
    City / State / Zip:    New York, NY 10004
    Telephone / Fax:    (212) 607-3300

Applicant having requested Pro Hac Vice to appear for all purposes as counsel for Plaintiffs African Communities Together and The Door in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____

                                                                                United States District Judge