AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| African Communities Together et ano. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-CV-6366 |
| Todd Lyons et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

proposed Amicus Curiae City of New York                                                               .

Date:     08/18/2025

/s/ Jamison Davies
*Attorney's signature*

Jamison Davies (JD1653)
*Printed name and bar number*

New York City Law Department
100 Church Street
New York, NY 10007

*Address*

jdavies@law.nyc.gov
*E-mail address*

(212) 356-2490
*Telephone number*

(212) 356-1148
*FAX number*