JAY CLAYTON
United States Attorney for the
Southern District of New York
By: JEFFREY S. OESTERICHER
     TOMOKO ONOZAWA
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2765
Facsimile:  (212) 637-0033
E-mail:  jeffrey.oestericher@usdoj.gov
         tomoko.onozawa@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, and THE DOOR,<br><br>                    Plaintiffs,<br><br>   v.<br><br>TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; SIRCE E. OWEN, in her official capacity as Acting Director, Executive Office of Immigration Review; and PAMELA BONDI, in her official capacity as Attorney General, U.S. DEPARTMENT OF JUSTICE,<br><br>                    Defendants. | 25 Civ. 6366 (PKC) |

## **DECLARATION OF JEFFREY S. OESTERICHER**

I, JEFFREY S. OESTERICHER, pursuant to 28 U.S.C. § 1746, declare the following

under penalty of perjury:

1. I am an Assistant United States Attorney in the office of Jay Clayton, United

States Attorney for the Southern District of New York, attorney for Defendants. This matter has

been assigned to me, and I am familiar with the facts and law pertaining to it. I make this declaration upon information and belief to provide documents referenced in Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for a Stay.

2. Attached hereto as Exhibit A is a true and correct copy of a Memorandum issued on March 19, 2014, by Philip T. Miller, Assistant Director for Field Operations at ICE, to Field Office Directors and Deputy Field Office Directors, titled *Enforcement Actions at or Near Courthouses*.

3. Attached hereto as Exhibit B is a true and correct copy of an e-mailed memorandum with the subject line "Guidance Update: Enforcement Actions at or Near Courthouses," which was sent on behalf of Philip T. Miller, Assistant Director for Field Operations at ICE, on January 26, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         August 20, 2025

                                               */s/ Jeffrey Oestericher*
                                               JEFFREY S. OESTERICHER