From: ERO Taskings
Sent: Monday, January 26, 2015 11:43:33 AM
Subject: Guidance Update: Enforcement Actions at or Near Courthouses

This message is sent on behalf of Philip T. Miller, Assistant Director for Field Operations:

To:        Field Office Directors and Deputy Field Office Directors

Subject:   Guidance Update: Enforcement Actions at or Near Courthouses

This message provides important guidance concerning ERO enforcement actions at courthouses, and has been updated to incorporate the enforcement priorities as set forth in Secretary Johnson's November 20, 2014 memorandum, Policies for the Apprehension, Detention, and Removal of Undocumented Immigrants." Please ensure immediate distribution to all ERO officers within your AOR.

Enforcement actions at or near courthouses will only be undertaken against:

- Priority #1(a): aliens engaged in or suspected of terrorism or espionage, or who otherwise pose a danger to national security;
- Priority #1(c): aliens convicted of an offense for which an element was active participation in a criminal street gang, as defined in the November 20, 2014 Johnson memorandum;
- Priority #1(d): aliens convicted of an offense classified as a felony in the convicting jurisdiction, other than a state or local offense for which an essential element was the alien's immigration history;
- Priority #1(e): aliens convicted of an "aggravated felon," as that term is defined in section 101(a)(43) of the Immigration and Nationality Act at the time of the conviction.

Enforcement actions at or near courthouses will only take place against specific, targeted aliens, rather than individuals who may be "collaterally" present, such as family members or friends who may accompany the target alien to court appearances or functions.

Enforcement actions at or near courthouses will, wherever practicable: (1) take place outside public areas of the courthouse; (2) be conducted in collaboration with court security staff; and (3) utilize the court building's non-public entrances and exits.

Questions regarding this guidance may be directed to the Field Operations Staff Officer assigned to your AOR.

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you

received this message in error and delete the message from your system.