AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| African Communities Together et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-06366 |
| Lyons et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus curiae State of New York.

Date: 08/25/2025

/s/ Philip J. Levitz
*Attorney's signature*

Philip J. Levitz / 5090824
*Printed name and bar number*
Office of the New York State Attorney General
28 Liberty St., New York, NY 10005

*Address*

philip.levitz@ag.ny.gov
*E-mail address*

(212) 416-6325
*Telephone number*

*FAX number*