UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

AFRICAN COMMUNITIES TOGETHER; and
THE DOOR,

                    Plaintiffs,

  -against-

TODD LYONS, in his official capacity as Acting
Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, in her official
capacity as Secretary of the United States
Department of Homeland Security; SIRCE E.
OWEN, in her official capacity as Acting Director,
Executive Office of Immigration Review; and
PAMELA BONDI, in her official capacity as
Attorney General, U.S. Department of Justice,

                    Defendants.
-----------------------------------------------------------------x

25-cv-6366 (PKC)

ORDER

CASTEL, U.S.D.J.

      The motions of the City of New York (ECF 32) and State of New York (ECF 44) for leave to file the amicus briefs attached to their motions are GRANTED.

      The Court will hear oral argument from the parties on the pending motion (ECF 22) at 3:00 p.m. on September 2, 2025, in Courtroom 11D.

      SO ORDERED.

                                    P. Kevin Castel
                                United States District Judge

Dated: New York, New York
       August 26, 2025