UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

AFRICAN COMMUNITIES TOGETHER, et al.,

                Plaintiff(s),            25-cv-6366 (PKC)

    -against-                        ORDER

TODD M. LYONS, et al.,

                Defendant(s).

_____

CASTEL, U.S.D.J.

       Letter motion (ECF 49) and motion (ECF 50) to intervene in this action are DENIED for want of a right or conditional right conferred by statute, cognizable interest or a relevant claim or defense nor do the applications otherwise satisfy Rule 24(a) or (b).

       SO ORDERED.

                                                      P. Kevin Castel
                                                  United States District Judge

Dated:  New York, New York
          September 12, 2025