

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 25, 2025

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *African Communities Together v. Lyons*, No. 25 Civ. 6366 (PKC)

Dear Judge Castel:

    This Office represents defendants (the "Government") in the above-referenced Administrative Procedure Act case commenced by plaintiffs African Communities Together and The Door ("Plaintiffs"). We write respectfully to request that the parties' obligations to appear for the October 10, 2025 initial pretrial conference, file a Case Management Plan, and file a joint letter prior to the initial conference be adjourned without date. *See* Dkt. No. 20. The parties submit that the Court's familiarity with Plaintiffs' allegations and the parties' legal positions, as well as the Court-ordered schedule for the filing of certified administrative records and cross-motions for summary judgment (Dkt. No. 51, at 46) have obviated the need for an initial pretrial conference and the submission of a joint letter and case management plan. This is the Government's first request for an adjournment of these deadlines. Plaintiffs consent to this request.

    We thank the Court for its consideration of this request.

                                   Respectfully,

                                   JAY CLAYTON
                                   United States Attorney for the
                                   Southern District of New York

           By:    */s/ Tomoko Onozawa*
                 JEFFREY S. OESTERICHER
                 TOMOKO ONOZAWA
                 Assistant United States Attorneys
                 Tel.:   (212) 637-2695/2721
                 Email:  Jeffrey.Oestericher@usdoj.gov
                           Tomoko.Onozawa@usdoj.gov