AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ⏷

| | |
|---|---|
| African Communities Together; and the Door, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:25-cv-06366 |
| Todd Lyons, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, African Communities Together and the Door                                    .

Date:      09/25/2025

*Claire Molholm*

—————————————————
*Attorney's signature*

Claire Molholm, 5933320
*Printed name and bar number*
New York Civil Liberties Union Foundation
125 Broad Street, Floor 19
New York, NY 10004

—————————————————
*Address*

cmolholm@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3318
*FAX number*