

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

September 25, 2025

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *African Communities Together v. Lyons*, No. 25 Civ. 6366 (PKC)

Dear Judge Castel:

      This Office represents defendants (the "Government") in the above-referenced Administrative Procedure Act case commenced by plaintiffs African Communities Together and The Door ("Plaintiffs"). We write respectfully to request that the parties' obligations to appear for the October 10, 2025 initial pretrial conference, file a Case Management Plan, and file a joint letter prior to the initial conference be adjourned without date. *See* Dkt. No. 20. The parties submit that the Court's familiarity with Plaintiffs' allegations and the parties' legal positions, as well as the Court-ordered schedule for the filing of certified administrative records and cross-motions for summary judgment (Dkt. No. 51, at 46) have obviated the need for an initial pretrial conference and the submission of a joint letter and case management plan. This is the Government's first request for an adjournment of these deadlines. Plaintiffs consent to this request.

      We thank the Court for its consideration of this request.

                                                       Respectfully,

                                                        JAY CLAYTON
                                                        United States Attorney for the
                                                        Southern District of New York

                     By:   */s/ Tomoko Onozawa*
                           JEFFREY S. OESTERICHER
                           TOMOKO ONOZAWA
                           Assistant United States Attorneys
                           Tel.:   (212) 637-2695/2721
                           Email:  Jeffrey.Oestericher@usdoj.gov
                                       Tomoko.Onozawa@usdoj.gov

*[Handwritten notation:]* Application Granted. SO ORDERED. /s/ P. Kevin Castel, USDJ 9-25-25