

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 3, 2025

Application GRANTED.
SO ORDERED.
10/3/2025

_____
P. Kevin Castel
United States District Judge

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *African Communities Together v. Lyons*, No. 25 Civ. 6366 (PKC)

Dear Judge Castel:

    This Office represents defendants (the "Government") in the above-referenced Administrative Procedure Act case commenced by plaintiffs African Communities Together and The Door ("Plaintiffs"). We write respectfully to request that the Government's deadline to respond to the complaint be extended by two weeks, from October 6, 2025, to October 20, 2025.

    The extension is requested because on September 23, 2025, defendant Executive Office for Immigration Review ("EOIR") issued a policy memorandum which withdrew the May 20, 2025 email entitled "Guidance on Case Adjudication" that is the subject of plaintiffs' Administrative Procedure Act claim against EOIR. Plaintiffs and the Government have began negotiations to explore whether Plaintiffs' APA claim against EOIR can be resolved without further litigation; accordingly, the extension is requested to allow the parties time to assess whether a consensual resolution is possible. This is the Government's first request for an extension of its deadline to respond to the complaint. Plaintiffs consent to this request.

    We thank the Court for its consideration of this request.

    Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   */s/ Tomoko Onozawa*
      JEFFREY S. OESTERICHER
      TOMOKO ONOZAWA
      Assistant United States Attorneys
      Tel.:   (212) 637-2695/2721
      Email:  Jeffrey.Oestericher@usdoj.gov
             Tomoko.Onozawa@usdoj.gov