

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

October 10, 2025

*Application GRANTED*
*SO ORDERED*
*/s/ Castel, USDJ*
*10-14-25*

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *African Communities Together v. Lyons*, No. 25 Civ. 6366 (PKC)

Dear Judge Castel:

This Office represents defendants (the "Government") in the above-referenced case commenced by plaintiffs African Communities Together and The Door ("Plaintiffs"). We write respectfully to make the following requests: (1) to permit the parties to brief defendant Executive Office for Immigration Review's ("EOIR") Rule 12(b)(1) motion to dismiss as moot Plaintiffs' claims against EOIR, *see* Pre-Motion Letter, dated Oct. 10, 2025 (Dkt. No. 58), together with the parties' Rule 56 cross-motions for summary judgment as to defendant U.S. Immigration and Customs Enforcement's ("ICE") courthouse arrest guidance; (2) to stay the Government's October 20, 2025 deadline to file an answer to the complaint (Dkt. No. 57) until the Court's resolution of these motions; and (3) to extend by approximately three weeks the deadlines for the filing of ICE's administrative record and for the combined motions to dismiss and summary judgment, as set forth in the proposed schedule below:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Administrative Record | Oct. 14, 2025 | Nov. 4, 2025 |
| Cross-Motions for Summary Judgment / EOIR Motion to Dismiss | Nov. 13, 2025 | Dec. 3, 2025 |
| Opposition Briefs | Dec. 15, 2025 | Jan. 7, 2026 |
| Reply Briefs | Dec. 29, 2025 | Jan. 21, 2026 |

*OK*

These extensions are requested because ICE needs additional time to compile its administrative record. Specifically, as part of the process of compiling its record, ICE has made inquiries with several offices within the agency, which is taking more time than anticipated. The process also requires internal approval processes and clearance levels, which will also take additional time. This is the Government's first request for an extension of the administrative record and summary judgment deadlines, and its second request for an extension of its answer deadline. Plaintiffs consent to these requests.

We thank the Court for its consideration of these requests.

          Respectfully,

          JAY CLAYTON
          United States Attorney for the
          Southern District of New York

By:   */s/ Tomoko Onozawa*
        JEFFREY S. OESTERICHER
        TOMOKO ONOZAWA
        Assistant United States Attorneys
        Tel.:  (212) 637-2695/2721
        Email:  Jeffrey.Oestericher@usdoj.gov
                Tomoko.Onozawa@usdoj.gov

Cc: All Counsel of Record (via ECF)