JAY CLAYTON
United States Attorney for the
Southern District of New York
By: JEFFREY S. OESTERICHER
    TOMOKO ONOZAWA
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695/2721
Facsimile: (212) 637-0033
E-mail: jeffrey.oestericher@usdoj.gov
        tomoko.onozawa@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; and THE DOOR, <br><br>  Plaintiffs, <br><br> v. <br><br> TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; DAREN K. MARGOLIN, in his official capacity as Director, Executive Office for Immigration Review; and PAMELA BONDI, in her official capacity as Attorney General, U.S. Department of Justice, <br><br>  Defendants. | 25 Civ. 6366 (PKC) |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Defendants' Memorandum of Law in Support of Their Partial Motion to Dismiss and Partial Motion for Summary Judgment, and the Administrative Record filed on November 4, 2025 (Dkt. No. 64), defendants Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, and Kristi Noem, in her official capacity as Secretary of the United States Department of

Homeland Security (jointly, the "ICE Defendants"), and defendants Daren K. Margolin, in his official capacity as Director, Executive Office for Immigration Review, and Pamela Bondi, in her official capacity as Attorney General, U.S. Department of Justice (jointly, the "EOIR Defendants"), by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court for summary judgment in favor of the ICE Defendants pursuant to Fed. R. Civ. P. 56, and for an order dismissing the complaint as to the EOIR Defendants pursuant to Fed. R. Civ. P. 12(b)(1).

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's order dated October 14, 2025 (Dkt. No. 60), opposition papers, if any, shall be served on or before January 7, 2026, and reply papers, if any, shall be served on or before January 21, 2026.

Dated: New York, New York
December 3, 2025

> JAY CLAYTON
> United States Attorney for the
> Southern District of New York
> *Attorney for Defendants*
>
> By:   */s/ Tomoko Onozawa*
> JEFFREY S. OESTERICHER
> TOMOKO ONOZAWA
> Assistant United States Attorneys
> 86 Chambers Street, 3rd Floor
> New York, New York 10007
> Tel.:   (212) 637-2695/2721
> Fax:    (212) 637-0033
> Email: jeffrey.oestericher@usdoj.gov
>           tomoko.onozawa@usdoj.gov