**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; and THE DOOR, <br>   *Plaintiffs*, <br> v. <br><br> Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; Sirce E. OWEN, in her official capacity as Acting Director, Executive Office of Immigration Review; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice, <br><br>   *Defendants*. | Case No. 25-cv-06366 <br><br> ORAL ARGUMENT REQUESTED |

**NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, dated December 3, 2025, and all supporting materials, Plaintiffs African Communities Together and The Door ("Plaintiffs") move this Court, before the Honorable P. Kevin Castel of the United States District Court of the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Plaintiffs' motion for summary judgement and holding unlawful and setting aside, pursuant to the Administrative Procedure Act, 5 U.S.C. § 706, the U.S. Immigration and Customs Enforcement's policy broadly authorizing immigration court arrests and the Executive Office of Immigration Review's policy encouraging immigration judges to dismiss noncitizens' removal proceedings without cause, notice, or an opportunity to be heard.

Pursuant to ECF 60, any opposition to this motion is due on or before January 7, 2026, and any reply is due on or before January 21, 2026.

Dated: December 3, 2025
    New York, New York

Respectfully submitted,

| | |
|---|---|
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Amy Belsher<br>Elizabeth Gyori<br>Wafa Junaid<br>Claire Molholm<br>Thomas Munson<br>M. Porter*<br>Robert Hodgson<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Tel: (212) 607-3300 | Noor Zafar<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2500<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br><br>Michael K.T. Tan<br>Hannah Steinberg*<br>Oscar Sarabia Roman*<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>Tel: (415) 343-0770 |
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | MAKE THE ROAD NEW YORK |
| /s/_____<br>Katherine Rosenfeld<br>Samuel Shapiro<br>Emily Wanger<br>One Rockefeller Plaza, 8th Floor<br>New York, NY 10020<br>Tel: (212) 763-5000 | Harold Solis<br>Paige Austin<br>301 Grove Street<br>Brooklyn, NY 11237<br>Tel: (718) 418-7690 |
| *Admitted pro hac vice | *Counsel for Plaintiffs* |