## DECLARATION OF MAMADOU BARRY, MEMBER OF ACT

I, Mamadou Barry, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am originally from Guinea. I arrived in the United States seeking protection from persecution in December 2023, when I was 25 years old.

2. When I entered the United States, I was initially detained for three days and then released. When I was released, I was given instructions to continue my immigration process and apply for asylum, including attending hearings in my case and ICE check-ins. I followed the instructions.

3. I submitted an application for asylum soon after arriving in the United States with the help of the Red Cross.

4. About a year later, I received my Employment Authorization Document and began working at Amazon. I lived with my uncle in the Bronx and began attending English classes.

5. I became a member of African Communities Together ("ACT") on May 19, 2025.

6. Prior to my arrest at the immigration courthouse, I had never been arrested. I have no criminal record in any country.

7. My first master calendar hearing was scheduled for May 27, 2025, at 26 Federal Plaza. I did not fear that I would be arrested at the hearing, and I did not have any expectation that I would be arrested.

8. As a result, I didn't ask anyone to cover my schoolwork or my responsibilities at work, assuming it would only take a few hours and that I would be able to return to my activities afterward.

9. I attended the hearing in my case at 26 Federal Plaza on May 27, 2025.

1

10. At the end of my hearing, the judge scheduled a second master hearing for February 2026.

11. After the hearing, five ICE agents arrested me downstairs in the courthouse as I was coming out of the elevator.

12. One of the agents who arrested me wore a mask and none of them identified themselves. I only understood they were ICE agents after I had been detained.

13. I was taken to immigration detention in Elizabeth, New Jersey, where I spent three days before being transferred to Texas.

14. I was then transported to the Joe Corley Detention Center in Conroe, Texas, where I remain in detention today.

15. Conditions in the detention center where I have been held for the last 6 months are very bad. The facility is overcrowded and cold. There were twelve people in my first cell, and I am now being held in a cell with thirty-six people. I have received no medical or mental health care despite experiencing severe headaches. For the first time in my life, I have experienced hallucinations. I've been feeling worse and worse due to stress and the lack of medical treatment.

16. I was not prepared to be arrested. I did not bring my prescription medicine that I need to treat my headaches when I went to my immigration hearing because I thought I would be returning home afterwards.

17. I had no way to tell my family what had happened to me. I was fortunate to be able to call African Communities Together. They responded immediately, secured legal representation for me, and contacted my uncle, who was very worried.

18. Before I was detained, I had initially reached out to African Communities Together to enroll in health insurance because of my severe migraines and to schedule an appointment at Bellevue Hospital in New York City. Unfortunately, due to my detention, I missed this medical appointment, as well as work, school, and other important responsibilities, which disrupted my daily life and plans.

19. During detention, I have not received adequate care. The TV in my cell is extremely loud, almost 24 hours a day, and no action has been taken to reduce the noise despite my complaints. The constant noise, lack of proper care, and restricted environment has caused me significant stress, left me feeling depressed, and contributed to hallucinations and other serious mental health challenges. The experience has been overwhelming, and it has deeply affected both my physical and emotional well-being.

20. The experience of being detained has been deeply distressing. I came to this country at a young age, hoping to find the freedom to live my life safely and fully, leaving my home country because of fear of persecution. I had imagined a place where I could pursue my education, work, and live with dignity, feeling secure as a human being.

21. Instead, I have experienced the complete opposite. Being detained, facing constant noise in my cell, lacking proper medical and mental health care, and being isolated from my family has made me feel trapped and powerless. The situation is overwhelming and frightening and it has been heartbreaking to realize that the safety and freedom I had hoped for are not available. The experience has

    left me feeling restricted, anxious, and deeply disheartened, as if the life I had dreamed of is suddenly out of reach.

22.    This declaration was read to me in English, a language I understand, and I understand its contents. As I am currently in detention and unable to sign this declaration, I have given my permission for my electronic signature to be added to it.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Conroe, Texas.

                                                                                      /s Mamadou Barry  
                                                                                     MAMADOU BARRY

Executed this 3rd day of December, 2025