## SUPPLEMENTAL DECLARATION OF DIANA KONATÉ

I, Diana Konaté, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Deputy Executive Director of Policy and Advocacy at African Communities Together, a named plaintiff in this case. I have worked at African Communities Together for over six and a half years.

2. I have personal knowledge of the facts contained in this declaration, which supplements and updates my August 11, 2025 declaration.

3. Since my August 11, 2025 declaration was filed, African Communities Together (ACT) has continued to provide its members with free, high-quality immigration legal services.

4. Many of ACT's African immigrant members, across its chapters, are noncitizens in removal proceedings. These members are at risk of being arrested and detained by ICE when they go to court for mandatory hearings in their immigration cases under the government's new policy of arresting noncitizens when they appear in court (the "Courthouse Arrest Policy").

5. Noncitizen ACT members are also at risk of having their full removal proceedings dismissed under the government's new policy encouraging Immigration Judges ("IJs") to summarily dismiss regular removal proceedings without meaningful process (the "Dismissal Policy").

6. At least five ACT members have been arrested at immigration courthouses and detained since the policies went into effect.

7. At least fifteen of ACT's members have upcoming immigration hearings scheduled to take place next year at immigration courthouses in New York City.

8. Some of ACT's members have upcoming hearings in pending immigration cases in courthouses located outside of New York City, including at least five members who have

hearings scheduled to take place in Newark, New Jersey in 2026 and at least one member who has a hearing scheduled to take place in Buffalo, New York in 2026.

9. In my August 11, 2025 declaration, I described four ACT members who had been affected or were at risk of being affected by the government's Courthouse Arrest and Dismissal Policies. Many of these members and others remain at risk of being affected. For example:

10. ACT – John Doe 7 (Mamadou Barry) is a member of ACT, 27 years old, and a noncitizen. He filed for asylum soon after arriving in the United States with the help of the Red Cross. At the time I executed my August 11, 2025 declaration, John Doe 7 was being held in detention at the Joe Corley Detention Center in Conroe, Texas, where he was taken after being arrested at the immigration courthouse at 26 Federal Plaza after attending a master calendar hearing in his immigration case. He remains detained in Texas today.

11. ACT – John Doe 8 is a member of ACT, 22 years old, and a noncitizen.[1] He entered the United States in 2023 seeking asylum. In August 2025, John Doe 8 attended a mandatory immigration court appearance at 290 Broadway expecting to return to his home in the Bronx afterwards. But as he exited the courtroom, he was surrounded by ICE agents who arrested and detained him without providing any explanation. John Doe 8 filed a habeas petition, which was granted in September 2025, approximately a month and a half after his arrest at the immigration courthouse. John Doe 8 was released after his habeas petition was granted.

12. ACT – Jane Doe 1 is a member of ACT, 42 years old, and a noncitizen. She is currently in removal proceedings and has a pending asylum application. Jane Doe 1 has an upcoming in-person hearing in her immigration case scheduled for February 2026.

---

[1] My August 11, 2025 declaration incorrectly stated that John Doe 8 was 27 years old. I have confirmed that he is 22 years old.

13. ACT – Jane Doe 2 is a member of ACT, 43 years old, and a noncitizen. She came to the United States with her husband and their four children, who were 3, 5, 9, and 18 years old when they entered the country. She and her family are in removal proceedings. They have a pending application for asylum. Jane Doe 2 and her family have an upcoming in-person master calendar hearing scheduled to take place in February 2026.

14. As these individuals demonstrate, ACT members have been harmed and will continue to be harmed by the Courthouse Arrest and Dismissal Policies. Members continue to report to ACT staff that they are terrified, anxious, and confused about the possibility of being arrested and detained while attending court appearances.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in New York, New York.

*Diana Konaté*

Diana Konaté

Executed this 3rd day of December 2025

3