JAY CLAYTON
United States Attorney for the
Southern District of New York
By:  JEFFREY S. OESTERICHER
      TOMOKO ONOZAWA
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2765/2721
E-mail:  jeffrey.oestericher@usdoj.gov
          tomoko.onozawa@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER, and THE DOOR,<br><br>                  Plaintiffs,<br><br>     v.<br><br>TODD LYONS, in his official capacity as Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; SIRCE E. OWEN, in her official capacity as Acting Director, Executive Office of Immigration Review; and PAMELA BONDI, in her official capacity as Attorney General, U.S. DEPARTMENT OF JUSTICE,<br><br>                  Defendants. | 25 Civ. 6366 (PKC) |

## DECLARATION OF TOMOKO ONOZAWA

I, TOMOKO ONOZAWA, pursuant to 28 U.S.C. § 1746, declare the following under penalty of perjury:

1.     I am an Assistant United States Attorney in the office of Jay Clayton, United States Attorney for the Southern District of New York, attorney for Defendants.  This matter has been assigned to me, and I am familiar with the facts and law pertaining to it.  I make this

2

declaration upon information and belief to provide documents referenced in Defendants' Memorandum of Law in Opposition to Plaintiffs' Cross-Motion for Summary Judgment.

    2.      Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of two pages (Bates-stamped AR 162 and AR 163) from the certified administrative record filed on January 3, 2020, in *New York v. ICE*, 19 Civ. 8876 (JSR) (ECF No. 55).

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
           January 7, 2026

                                          */s/ Tomoko Onozawa*
                                          TOMOKO ONOZAWA