# Exhibit A

| **From:** | Lawrence Marks |
| **To:** | Albence, Matthew |
| **Subject:** | ICE activity in courthouses -- proposed language |
| **Date:** | Friday, September 15, 2017 12:04:46 PM |
| **Attachments:** | ICEPolicyFinal.docx |

Matt,

Following up on your offer during our telephone conversation the other day, attached is proposed language addressing ICE activity in courthouses.  This language was drafted and approved by the working group of state chief justices and chief court administrators that you met with in Philadelphia.  Please let me know if you have any questions or we can provide you with additional information.  My number is 212-428-2100.  I also left you a voice message.

We greatly appreciate your cooperation and assistance.

Best regards,

Larry Marks


Lawrence K. Marks

Chief Administrative Judge

New York State Unified Court System

25 Beaver Street, 11th Floor

New York, New York 10004

212-428-2100/

**AR-162**

State and local courthouses are not deemed to be "sensitive locations" under ICE Policy Number 10029.2.  However, agents should undertake enforcement activities in and around court facilities only as a last resort.  In addition, absent exigent circumstances, agents should avoid enforcement actions in court facilities and/or during scheduled proceedings which are dedicated to non-criminal matters.  For situations in which enforcement activities are undertaken, agents should attempt to coordinate with local court officials and, to the extent possible, conduct those activities away from public areas of the court facility and outside of public view.