**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; and THE DOOR;<br><br>*Plaintiffs,*<br><br>v.<br><br>LYONS, et al.,<br><br>*Defendants.* | 25 Civ. 6366 (PKC) |

**SUPPLEMENTAL DECLARATION OF AMY BELSHER**

I, Amy Belsher, declare as follows:

1.  I am over eighteen years of age and am competent to make this declaration.

2.  I am the Director of Immigrants' Rights Litigation at the New York Civil Liberties Union. I represent Plaintiffs in this case.

3.  Attached hereto as exhibits are true and correct copies of the following:

| Exhibit | Document |
|---|---|
| A | Memorandum from Roman Chaban, Acting Deputy Director, Exec. Off. of Immigr. Review, *Withdrawal of May 30, 2025 Email* (Sep. 23, 2025), https://www.justice.gov/eoir/media/1414836/dl?inline. |
| B | Alicia A. Caldwell and Jimmy Jenkins, *Judges Are Getting Fired as Trump Pursues Immigration 'Purge'*, Bloomberg (Dec. 16, 2025), https://www.bloomberg.com/news/features/2025-12-16/judges-are-getting-fired-as-trump-pursues-immigration-purge. |
| C | Emily Ngo, *Immigration courts thrown into chaos as Trump administration purges dozens of judges*, Politico (Dec. 6, 2025), https://www.politico.com/news/2025/12/06/trump-immigration-court-judge-purges-00679376. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Date:   January 7, 2025                                    _/s/ Amy Belsher_____
        New York, New York                                Amy Belsher