# EXHIBIT B

Case 1:25-cv-06366-PKC    Document 73-2    Filed 01/07/26    Page 2 of 12

archive.today
webpage capture

Saved from    https://www.bloomberg.com/news/features/2025-12-16/judges-are-getting-fir    search

All snapshots  from host www.bloomberg.com

history  ←prior  next→

17 Dec 2025 10:53:14 UTC

Webpage    Screenshot

share    download .zip    report bug or abuse    Buy me a coffee

The Company & its Products    |    Bloomberg Terminal Demo Request    |    Bloomberg Anywhere Login    |    Customer Support

Subscribe

**Trump's Immigration Policy:**    H-1B Visas    'Reverse Migration'    Gold, Platinum Visas    Skilled Foreigners    International Students    Birt



Shuting "Ting" Chen, a former San Francisco immigration court judge who was fired mid-hearing, in her living room. *Photographer: Camille Cohen/Bloomberg*

Politics | US

# Judges Are Getting Fired as Trump Pursues Immigration 'Purge'

By Alicia A. Caldwell and Jimmy Jenkins
December 16, 2025 at 2:00 PM UTC

Save    Translate    Listen  5:57

Case 1:25-cv-06366-PKC   Document 73-2   Filed 01/07/26   Page 3 of 12

The Trump administration is slashing the ranks of immigration judges in a drive to extend its broader crackdown to the administrative courts where they serve and speed up deportations.

Many of the cuts are in liberal areas, according to a labor union that has represented the judges. In New York, eight were recently terminated in a single day. At least one San Francisco judge was fired in the middle of a complicated asylum hearing. Those cuts were part of a culling of about 100 judges from the federal immigration bench, which began the year with around 700.

The terminations, often delivered on Friday afternoons via two-line emails, have in many cases involved judges with high rates of asylum approvals. While the administration argues it's revamping a badly flawed system, critics have assailed the cuts as a bid to weaken the legal protections available to migrants. Military judges temporarily assigned to immigration have stepped up deportation orders, early evidence suggests.

"I'm not aware of a purge like this before," said Doris Meissner, who served as the top immigration official in the Clinton administration and is now at the Migration Policy Institute.

"The whole way in which they characterize immigration, and the way in which they view the immigration judge function, would lead you to believe that they're trying to get rid of people who they see to be being permissive," she said.

The Justice Department's Executive Office for Immigration Review, which oversees the courts, declined to comment on personnel matters. But a department spokesperson accused the Biden administration of forcing immigration courts to implement a "de facto amnesty for hundreds of thousands of aliens."



Under President Donald Trump, the government "is restoring integrity" and has trimmed the immigration-court backlog of 3.4 million cases by several hundred thousand, a record reduction, the spokesperson said.

Immigration judges – who hear asylum cases and other matters – are Justice Department employees, not members of the judicial branch. In addition to the involuntary cuts, dozens of judges have taken buyouts, left for new jobs or opted for early retirement.

Last month the administration began a hiring blitz for "deportation judge" positions, offering the chance to "make decisions with generational consequences." The Homeland Security Department has leaned into a recruiting pitch that calls for candidates to "bring down the hammer on criminal illegal aliens" and "defend your communities, your culture, your very way of life."

The focus on personnel changes suggests an effort to align the immigration courts more closely with enforcement, said David Bier, director of immigration studies for the libertarian Cato Institute.

"It's really pulling the mask down on what's always been a little bit of a ruse when it comes to due process," he said. "The fake independence has never been faker."

A recent move by the administration underscores the new direction.



**Get the Singapore Edition newsletter in your inbox.**
Go beyond the headlines with insights into one of Asia's most dynamic economies. Delivered weekly.

Enter your email          Sign Up

By continuing, I agree to the Privacy Policy and Terms of Service.

More than two dozen military judges temporarily appointed to the immigration courts in October have outpaced their civilian counterparts in issuing deportation orders, nonprofit group Mobile Pathways said in a report, which was first reported by Bloomberg Law. Those judges ordered deportation in 78% of the more than 100 cases they've ruled on, compared with about 63% for other judges during the same time period, according to the review.

Immigration courts were already a flashpoint before the reduction in judges, as the Trump administration pressed tribunals to quickly close cases and ramp up deportations. In immigration courts across the US, many migrants who arrive expecting a routine hearing have instead had their cases dismissed as government agents wait to arrest them.



Federal agents patrol the halls of immigration court at the Jacob K. Javits Federal Building in New York City. *Photographer: Michael M. Santiago/Getty Images*

Courthouse arrests have prompted outcry from immigration advocates, civil rights groups and Democratic leaders, including New York Mayor-elect Zohran Mamdani, who campaigned on expanding legal-defense services and limiting how city agencies interact with federal enforcement.

Now the recently departed judges are speaking out as the administration thins their ranks. Some judges forced out of their jobs had only a few hours to disperse their thousands of pending cases to colleagues.

"This is an attack on due process, the rule of law, human decency and judicial independence," Olivia Cassin, a New York immigration judge with 10 years of experience, said in a statement after she was cut last month.

The firings initially focused on those still in their probationary periods, mirroring a larger effort led by the Department of Government Efficiency. But the purge has since expanded to include longer tenured judges, many with backgrounds representing migrants in prior jobs, and others with high asylum-approval rates.

Though the terminations have been spread around the country, courts in Democratic strongholds such as Chicago, New York and the Boston area have been hit hardest, according to the union that

Case 1:25-cv-06366-PKC    Document 73-2    Filed 01/07/26    Page 7 of 12

has represented judges. In San Francisco, the judge corps has been reduced to about 10, approximately half its level at the start of the year.



George Pappas was terminated from his position as an immigration judge by the Trump administration. *Photographer: Kate Warren/Bloomberg*

So many judges have been cut at a court in Chelmsford, Massachusetts, that a goodbye banner still hangs in the court office's third-floor break room, said George Pappas, a former judge there. He said he planned ahead by clearing out his office and making plans to move back to his native North Carolina, where his wife lived while he worked in Massachusetts.

"Right on schedule, at 3:30 it came," he said of the brief termination email he received in July as the end of his two-year probation neared. While his asylum-approval rate was only 37%, he said he pushed back on efforts to dismiss cases so that migrants could be arrested in the hallway outside court.

In San Francisco, Shuting Chen was fired in the middle of an asylum hearing and had just minutes before her digital access was cut off.

Chen had approved about 89% of the more than 870 asylum cases she heard since taking the job in 2022, according to data collected by the Transactional Records Access Clearinghouse at Syracuse University. About 36% of all asylum cases were successful during the government's 2024 budget year, Biden's last full year in office, based on TRAC data.

But the outcomes of asylum cases vary widely based on a range of factors and approval rates hadn't been a measure of a judge's job performance before, Chen said. Fewer than 5% of her rulings were appealed by the government and none of her cases was sent back by an immigration appeals board, she said.

"If we don't have a court system where people can go, where they feel like they will be treated fairly, then we are not the America I thought we were," Chen said.

Get Alerts for:

( + **Alicia A. Caldwell** )   ( + **Jimmy Jenkins** )

**In this Article**

Syracuse University
--

⊕ Follow

Contact us:
**Provide news feedback or report an error**

Confidential tip?
**Send a tip to our reporters**

Site feedback:
**Take our Survey** ⬈

Before it's here, it's on the Bloomberg Terminal

# More From Bloomberg



**Philippines Says Bondi Shooters' Visit Raised No Red Flags**

Case 1:25-cv-06366-PKC    Document 73-2    Filed 01/07/26    Page 9 of 12



## Warner Bros. Plans to Reject Paramount Bid on Funding, Terms



## Kushner's Affinity Withdraws From Warner Bros. Takeover

updated an hour ago



## Trump Chief Calls Musk Drug User, VP 'Conspiracy Theorist'



## McKinsey Plots Thousands of Job Cuts in Slowdown for Consulting Industry

# Top Reads



## Donald and Melania Trump's Terrible, Tacky, Seemingly Legal Memecoin Adventure

by Zeke Faux and Max Abelson



## The 'Free World' Is at Peak Disunity

by Hal Brands



## America Needs to Come Around to the Idea There's No 'Winning' Against China

by Christopher Beam



### Oracle's $300 Billion AI Bet Has Fast Become a Bubble Barometer

by Brody Ford and Drake Bennett

| Home | News |
|------|------|
| BTV+ | Markets |
| Market Data | Economics |
| Opinion | Technology |
| Audio | Politics |
| Originals | Green |
| Magazine | Crypto |
| Events | AI |

Terms of Service    Do Not Sell or Share My Personal Information     Careers   Advertise   Ad Choices ▷   Help

Trademarks   Privacy Policy     ©2025 Bloomberg L.P. All Rights Reserved.