

January 21, 2026

**Via ECF**
The Honorable P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *African Communities Together et al. v. Lyons et al.*, 25-cv-06366-PKC
             Request for Oral Argument

Dear Judge Castel:

We represent Plaintiffs—African Communities Together ("ACT") and The Door—and their members in this case challenging the government's unprecedented campaign of targeting noncitizens at their immigration court proceedings, depriving them of their right to seek relief from removal in regular proceedings, and subjecting them to immediate arrest. We write pursuant to this Court's Rule 3(F) to respectfully request oral argument on the parties' cross motions for summary judgment and Defendants' motion to dismiss. *See* ECF Nos. 65, 67. These motions concern many complex issues that Plaintiffs believe would benefit from oral argument.

We thank the Court for its consideration of this request.

Respectfully submitted,

| | |
|---|---|
| NEW YORK CIVIL LIBERTIES UNION<br>    FOUNDATION | AMERICAN CIVIL LIBERTIES UNION<br>    FOUNDATION |
| /s/ Amy Belsher<br>Amy Belsher<br>Elizabeth Gyori<br>Wafa Junaid<br>Claire Molholm<br>Thomas Munson<br>M. Porter*<br>Robert Hodgson<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Tel: (212) 607-3300 | Noor Zafar<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2500<br><br>AMERICAN CIVIL LIBERTIES UNION<br>    FOUNDATION<br><br>Michael K.T. Tan<br>Hannah Steinberg*<br>Oscar Sarabia Roman*<br>425 California Street, Suite 700 |

|  |  |
|---|---|
|  | San Francisco, CA 94104 |
|  | Tel: (415) 343-0770 |
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP | MAKE THE ROAD NEW YORK |
| Katherine Rosenfeld | Harold Solis |
| Samuel Shapiro | Paige Austin |
| Emily Wanger | 301 Grove Street |
| One Rockefeller Plaza, 8th Floor | Brooklyn, NY 11237 |
| New York, NY 10020 | Tel: (718) 418-7690 |
| Tel: (212) 763-5000 |  |
| * Admitted *pro hac vice* | *Counsel for Plaintiffs* |