# EXHIBIT A

**From:**           ERO Assistant Directors
**Sent:**            Thursday, March 19, 2026 5:05 PM
**Subject:**        Reminder as to applicability of Civil Immigration Enforcement Actions In or Near
                    Courthouses, May 27, 2025.
**Attachments:**    11072.4.pdf



## Assistant Director for Field Operations
### Enforcement and Removal Operations

**To: All ERO Personnel**

**Subject: Reminder as to applicability of *Civil Immigration Enforcement Actions In or Near Courthouses*, May 27, 2025.**

On May 27, 2025, Senior Official Performing the Duties of the Director Todd M. Lyons issued ICE Memorandum, *Civil Immigration Enforcement Actions In or Near Courthouses.* This Guidance outlines the responsibilities of ICE officers and agents in conducting civil immigration enforcement actions in or near Courthouses **other than** immigration courts. The May 27, 2025 ICE Guidance explains its scope, the circumstances under which a civil immigration enforcement action may be taken in or near certain types of courthouses, the need for training on the guidance, tracking of planned or executed civil immigration enforcement actions in or near certain type of courthouses, and specifies that the guidance is not intended to, does not, and may not be relied upon to, create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil or criminal matter.

**This broadcast serves as a reminder that the May 27, 2025, Guidance does <u>not</u> apply to Executive Office for Immigration Review (Immigration) courts, regardless of their location.** As stated in the Guidance, it also does not apply to criminal immigration enforcement actions inside courthouses.

The Guidance does, however, apply to civil immigration law enforcement at or near all non-immigration courts at federal, state, and local/municipal level.

ERO personnel should continue to consult with their respective OPLA Field Location with any questions regarding this guidance.

Thank you for all you continue to do for the agency.


**Liana J. Castano**
Assistant Director
Field Operations
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**

This message expires one year from the date it was sent, pursuant to ERO Policy.



*Serving with Integrity.*
Integrity • Courage • Excellence

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO

information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

FOR OFFICIAL USE ONLY

Policy Number: 11072.4

*Office of the Director*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, DC 20536



**U.S. Immigration
and Customs
Enforcement**

May 27, 2025

MEMORANDUM FOR:    All ICE Employees

FROM:    Todd M. Lyons
Acting Director

SUBJECT:    Civil Immigration Enforcement Actions In or Near
Courthouses

---

Purpose

This memorandum provides guidance governing U.S. Immigration and Customs Enforcement
(ICE) civil immigration enforcement actions in or near courthouses. The January 21, 2025,
*Interim Guidance: Civil Immigration Enforcement Actions in or near Courthouses* memorandum
from Acting ICE Director Caleb Vitello is superseded by this guidance.

This guidance is effective immediately and remains in effect until superseded.

Background

Federal, state, and local law enforcement agencies routinely engage in enforcement activities in
or near courthouses because many individuals appear in courthouses for unrelated criminal or
civil violations. Individuals entering courthouses are typically screened by law enforcement
personnel to search for weapons and other contraband. Accordingly, when ICE engages in civil
immigration enforcement actions in or near courthouses it can reduce safety risks to the public,
targeted alien(s), and ICE officers and agents. Finally, enforcement activities in or near
courthouses are often required when jurisdictions refuse to cooperate with ICE, including when
such jurisdictions refuse to honor immigration detainers and transfer aliens directly to ICE
custody.

Implementation

For purposes of this guidance, a civil immigration enforcement action is any action taken by an
ICE officer or agent to apprehend, arrest, interview, or search an alien in connection with

FOR OFFICIAL USE ONLY

Civil Immigration Enforcement Actions In or Near Courthouses
Page 2 of 3

enforcement of administrative immigration violations. This policy does not apply to criminal immigration enforcement actions inside courthouses.

*Aliens Subject to Enforcement Actions*

Generally, ICE's civil immigration enforcement actions in or near courthouses include actions against targeted aliens, including but not limited to:

- National security or public safety threats;
- Specific aliens with criminal convictions;
- Gang members;
- Aliens who have been ordered removed from the United States but have failed to depart; and/or
- Aliens who have re-entered the country illegally after being removed.

Other aliens encountered during a civil immigration enforcement action in or near a courthouse, such as family members or friends accompanying the target alien to court appearances or serving as a witness in a proceeding, may be subject to civil immigration enforcement action on a case-by-case basis considering the totality of the circumstances..[1]

*Procedures*

ICE officers or agents may conduct civil immigration enforcement actions in or near courthouses when they have credible information that leads them to believe the targeted alien(s) is or will be present at a specific location.

Additionally, civil immigration enforcement actions in or near courthouses should, to the extent practicable, continue to take place in non-public areas of the courthouse, be conducted in collaboration with court security staff, and utilize the court building's non-public entrances and exits. When practicable, ICE officers and agents will conduct civil immigration enforcement actions against targeted aliens discreetly to minimize their impact on court proceedings.

*Non-Criminal or Specialized Courts*

ICE officers and agents should generally avoid enforcement actions in or near courthouses, or areas within courthouses that are wholly dedicated to non-criminal proceedings (e.g., family court, small claims court). When an enforcement action in the above situations is operationally necessary, the approval of the respective Field Office Director (FOD), Special Agent in Charge (SAC), or his or her designee is required prior to conducting the enforcement action.

---

[1] ICE officers and agents will make enforcement determinations on a case-by-case basis in accordance with federal law and consistent with U.S. Department of Homeland Security and ICE policy.

FOR OFFICIAL USE ONLY

Civil Immigration Enforcement Actions In or Near Courthouses
Page 3 of 3

*Responsibilities*

Each FOD or SAC, in consultation with OPLA, must ensure that all employees under their supervision comply with this policy by providing guidance to officers and agents on the approval process and procedures for civil immigration enforcement actions in or near courthouses within their area of responsibility. This includes ensuring all civil immigration enforcement actions in or near courthouses are properly documented[2] and recorded in the applicable ICE system of record, which can be searched and validated.

As with any planned enforcement action, ICE officers and agents should exercise sound judgment when enforcing federal law and make substantial efforts to avoid unnecessarily alarming the public or disrupting court operations. ICE officers and agents will make every effort to limit their time at courthouses while conducting civil immigration enforcement actions.

No Private Right

This memorandum provides only internal ICE policy guidance, which may be modified, rescinded, or superseded at any time without notice. It is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter. Likewise, no limitations are placed by this guidance on the otherwise lawful enforcement or litigative prerogatives of ICE.

---

[2] ICE officers and agents will document the physical address of planned civil immigration enforcement actions in accordance with standard procedures for completing operational plans, noting that the target address is a courthouse.

FOR OFFICIAL USE ONLY