UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AFRICAN COMMUNITIES TOGETHER, et al.,

                          Plaintiffs,                         25-cv-6366 (PKC)

              -against-                                       ORDER

TODD M. LYONS, et al.,

                          Defendants.

---

CASTEL, U.S.D.J.


        The United States Attorney for this District is directed to take all necessary steps to cause the preservation until further Order of this Court of all communications between and among a member of the USAO staff and/or any defendant in this action or his or her predecessor, successor, subordinates or representatives, including the "assigned ICE counsel."

        Further the United States Attorney shall also inform the defendants in this action and their predecessors and successors in office, as well as the "assigned ICE counsel," that they are Ordered to preserve until further Order of this Court any internal or external communications concerning (1) the May 27, 2025 Memorandum from Acting Director Lyons; and/or (2) this action.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
March 25, 2026