**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AFRICAN COMMUNITIES TOGETHER; and THE DOOR,

     *Plaintiffs*,

          v.

Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Sirce E. OWEN, in her official capacity as Acting Director, Executive Office of Immigration Review; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice,

     *Defendants*.

---

Case No. 25-cv-06366

**ORAL ARGUMENT REQUESTED**

---

**NOTICE OF PLAINTIFFS' MOTION TO REVISE THE COURT'S OPINION AND ORDER DATED SEPTEMBER 12, 2025 (ECF 51)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Revise the Court's Opinion and Order dated September 12, 2025 (ECF 51), dated April 22, 2026, and all supporting materials, Plaintiffs African Communities Together and The Door ("Plaintiffs") move this Court, before the Honorable P. Kevin Castel of the United States District Court of the Southern District of New York, 500 Pearl Street, New York, New York, for an Order granting Plaintiffs' motion, finding that Plaintiffs meet the requirements for preliminary relief on their claim that Defendants' change in arrest policy at immigration courts is arbitrary and capricious in violation of the Administrative Procedure Act, and staying that change in policy pursuant to 5 U.S.C. § 705.

Pursuant to the Court's April 15, 2026 Order, any opposition to this motion is due on or before May 6, 2026, and any reply is due on or before May 13, 2026.

Dated: April 22, 2026
New York, New York

Respectfully submitted,

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION

/s
Amy Belsher
Elizabeth Gyori
Wafa Junaid
Claire Molholm
Thomas Munson
M. Porter*
Robert Hodgson
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP

/s
Katherine Rosenfeld
Samuel Shapiro
Emily Wanger
One Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel: (212) 763-5000

* Admitted pro hac vice

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

/s
Noor Zafar
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

/s
Michael K.T. Tan
Hannah Steinberg*
Oscar Sarabia Roman*
425 California Street, Suite 700
San Francisco, CA 94104
Tel: (415) 343-0770

MAKE THE ROAD NEW YORK

/s
Harold Solis
Paige Austin
301 Grove Street
Brooklyn, NY 11237
Tel: (718) 418-7690

*Counsel for Plaintiffs*