**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AFRICAN COMMUNITIES TOGETHER; and THE DOOR, <br><br>     *Plaintiffs*, <br><br>         v. <br><br> Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; Sirce E. OWEN, in her official capacity as Acting Director, Executive Office of Immigration Review; and Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice, <br><br>     *Defendants*. | Case No. 25-cv-06366 <br><br> **[PROPOSED] ORDER** |

Upon consideration of Plaintiffs' Motion to Revise the Court's Opinion and Order dated September 12, 2025 (ECF 51); all briefing submitted in support of and in opposition to that motion; all exhibits to those submissions; the entire record in this case [including the hearing held before this Court on _____, 2026]; and for the reasons set forth in the accompanying opinion of this Court, it is hereby ORDERED as follows:

1)  The motion to revise is granted.

2)  Upon revision, the Court concludes that Plaintiffs have carried their burden of showing:

    a.  a likelihood of success on the merits of their claim that the Immigration Court Arrest Policy is arbitrary and capricious;

    b.  that the challenged policy will cause irreparable harm to Plaintiffs and their members absent a stay; and

    c.  that the balance of equities and the public interest weigh in Plaintiffs' favor.

3)  Accordingly, a stay and postponement of agency action pursuant to 5 U.S.C. § 705 and the inherent equitable powers of this Court is warranted.

4)  Defendants' adoption and implementation of the Immigration Court Arrest Policy is hereby STAYED, and the policy's effective date POSTPONED, in order "to preserve status or rights pending conclusion of" this proceeding. 5 U.S.C. § 705.

   a.  Specifically, Defendants' rescission of their April 27, 2021 ICE Memo entitled *Civil Immigration Enforcement Actions in or near Courthouses* (ECF 24-1)—as applied to arrests in and around immigration courthouses—is hereby STAYED throughout the United States;

   b.  The April 27, 2021 ICE Memo provisions limiting arrests in and around immigration courthouses remain in place while this proceeding continues; and

   c.  This Order "suspend[s] administrative alteration of [that] status quo." ECF 51 at 23-24 (quoting *Texas v. Biden*, 646 F. Supp. 3d 753, 771 (N.D. Tex. 2022); *Wages and White Lion Investments, L.L.C. v. U.S. Food and Drug Administration*, 16 F.4th 1130, 1144 (5th Cir. 2021)).

IT IS SO ORDERED.

Dated: May _____, 2026
       New York, New York

                                               _____

                                               Hon. P. Kevin Castel
                                               United States District Judge