UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

AFRICAN COMMUNITIES TOGETHER, et al.,

                             Plaintiffs,                          25-cv-6366 (PKC)

             -against-                                ORDER

TODD M. LYONS, et al.,

                            Defendants.

_____

CASTEL, U.S.D.J.

        At a conference held before this Court on April 15, 2026, the undersigned gave the parties the opportunity to work out a schedule related to revisions to the already briefed summary judgment motion. To date, the parties have submitted no schedule to the Court.

        The Court sets the following schedule on new replacement summary judgment briefing occasioned by the defendants change in position: plaintiffs' moving submission due May 22, 2026, defendants' opposition submission due June 12, 2026, and plaintiffs' reply submission due June 26, 2026.

        SO ORDERED.

                                           P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       April 30, 2026