UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

AFRICAN COMMUNITIES TOGETHER, et al.,

                        Plaintiffs,                        25-cv-6366 (PKC)

            -against-                            ORDER

TODD M. LYONS, et al.,

                        Defendants.

_____

CASTEL, U.S.D.J.

        Non-party Towaki Komatsu has submitted a motion to intervene in this action predicated on his allegations that "federal court security officers . . . criminally assaulted and seized [him] yet again inside of the Daniel Patrick Moynihan courthouse." (ECF 91.) Because these allegations are unrelated to the issues in this action and because his motion otherwise fails to satisfy Rule 24(a) or (b), Fed. R. Civ. P., the motion is DENIED.

        SO ORDERED.

                                     _____
                                       P. Kevin Castel
                              United States District Judge

Dated:  New York, New York
        May 27, 2026

COPY MAILED TO:
Towaki Komatsu
601 Sackett St.
Brooklyn, NY 11217

Chambers of the Honorable Valerie E. Caproni