

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 24, 2026

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:     *African Communities Together v. Lyons*, No. 25 Civ. 6366 (PKC)

Dear Judge Castel:

      This Office represents defendants (the "Government") in the above-referenced Administrative Procedure Act case commenced by plaintiffs African Communities Together and The Door.

      We write respectfully to inform the Court that yesterday, June 23, 2026, the district court in *Pablo Sequen v. Albarran*, 25 Civ. 6487 (PCP) (N.D. Cal.) entered an order which, *inter alia*, granted plaintiffs' motion for summary judgment, in part, and entered a nationwide vacatur of ICE Policy No. 11072.3, dated January 21, 2025 (referred to in the Government's latest brief in this case as the "2025 Interim Guidance"), and ICE Policy No. 11072.4, dated May 27, 2025 (referred to as the "2025 Final Guidance"). *See Pablo Sequen v. Albarran*, __ F. Supp. 3d __, 2026 WL 1805114, at *41 (N.D. Cal. June 23, 2026). The order reinstates ICE's April 27, 2021 Guidance as to civil immigration enforcement actions at immigration courts nationwide. *Id.*

      We thank the Court for its consideration of this letter.

                        Respectfully,

                        JAY CLAYTON
                        United States Attorney

By:    */s/ Tomoko Onozawa*
         JEFFREY S. OESTERICHER
         TOMOKO ONOZAWA
         Assistant United States Attorneys
         Tel.:   (212) 637-2695/2721
         Email:  Jeffrey.Oestericher@usdoj.gov
                 Tomoko.Onozawa@usdoj.gov

cc:    All Counsel of Record (via ECF)