

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 6, 2026

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *African Communities Together v. Lyons*, No. 25 Civ. 6366 (PKC)

Dear Judge Castel:

This Office represents defendants in the above-referenced Administrative Procedure Act case commenced by plaintiffs African Communities Together and The Door.  As directed by the Court's order dated June 30, 2026 (ECF No. 101), we write respectfully to respond to Plaintiffs' request for an order permitting Plaintiffs to conduct limited discovery into ICE's arrest of individuals at Manhattan immigration courts since the Court entered its stay order on May 18, 2026 ("May 18 Order").  *See* Ltr. from Katherine Rosenfeld, dated June 29, 2026 ("Pls.' Ltr.") (ECF No. 100).

In response to Plaintiffs' request for information concerning the five arrests made by DHS personnel since the May 18 Order and guidance documents relating to that order, Pls.' Ltr. at 3, the Government is submitting the attached sworn declaration from Acting Supervisory Detention and Deportation Officer ("SDDO") Roberto Rodriguez, which is annexed hereto as Exhibit A, and includes a description of the process by which ICE reviews and approves potential arrests at immigration courts, and the circumstances under which each of the five arrests occurred.  In addition, ICE has confirmed that email communications were sent to New York ERO personnel providing implementation guidance after the Court issued its stay order in this case.

In light of the information provided in SDDO Rodriguez's Declaration and this letter, defendants respectfully submit that Plaintiffs' request for discovery is not necessary and therefore should be denied.

We thank the Court for its consideration of this letter.

Hon. P. Kevin Castel                                                              Page 2
July 6, 2026

                    Respectfully,

                    JAY CLAYTON
                    United States Attorney

By:    */s/ Tomoko Onozawa*
      JEFFREY S. OESTERICHER
      TOMOKO ONOZAWA
      Assistant United States Attorneys
      Tel.:   (212) 637-2695/2721
      Email:  Jeffrey.Oestericher@usdoj.gov
              Tomoko.Onozawa@usdoj.gov

cc:    All Counsel of Record (via ECF)

Attachment