

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 31, 2026

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *African Communities Together v. Venturella*, No. 25 Civ. 6366 (PKC)

Dear Judge Castel:

    This Office represents defendants in the above-referenced Administrative Procedure Act case commenced by plaintiffs African Communities Together and The Door.  As directed by the Court's order dated July 16, 2026 (ECF No. 108), the Government is submitting the attached sworn declaration from Acting Assistant Field Office Director Vanessa Collado dated July 31, 2026, which is annexed hereto as Exhibit A.

    We thank the Court for its consideration of this letter.

                 Respectfully,

                 JAMES M. MCDONALD
                 United States Attorney

By:    */s/ Tomoko Onozawa*
        JEFFREY S. OESTERICHER
        TOMOKO ONOZAWA
        Assistant United States Attorneys
        Tel.:   (212) 637-2695/2721
        Email:  Jeffrey.Oestericher@usdoj.gov
                Tomoko.Onozawa@usdoj.gov

cc:    All Counsel of Record (via ECF)

Attachment