UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRICAN COMMUNITIES TOGETHER AND T HE DOOR,

Plaintiffs,

-against-

AVID J. VENTURELLA, IN HIS OFFICIAL CAPACITY AS S ENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; M ARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY A S SECRETARY OF THE UNITED STATES DEPARTMENT OF H OMELAND SECURITY; SIRCE E. OWEN, IN HER OFFICIAL CAPACITY AS ACTING DIRECTOR, EXECUTIVE OFFICE OF IMMIGRATION REVIEW; AND TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL, U.S. D EPARTMENT OF JUSTICE.,

Defendants.

25 CIVIL 6366 (PKC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 30, 2026, the Plaintiffs' motion for summary judgment is GRANTED as to Count I and is otherwise DENIED. Defendants' motion for summary judgment is GRANTED as to Count II and is otherwise DENIED. Defendants' motion to dismiss for lack of subject matter jurisdiction as to Counts III, IV and V is GRANTED. Judgment entered for plaintiffs on Count I and enter judgment for defendants on Count II, dismissing Counts III, IV and V, declaring the 2025 ICE Courthouse Arrest Policy arbitrary and capricious, and vacating and setting aside the January 2025 Interim Guidance and the May 2025

Final Guidance to the extent they purport to rescind the April 2021 Guidance as applied to civil enforcement actions in or near immigration courts.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**