# Exhibit A

**From:** Onozawa, Tomoko (USANYS)
**To:** Katie Rosenfeld; Oestericher, Jeffrey (USANYS)
**Cc:** "Bobby Hodgson"; "Amy Belsher"; "Wafa Junaid"; "Claire Molholm"; "Paige Austin"; "Harold Solis"; Sam Shapiro; Sydney Zazzaro
**Subject:** RE: ACT v. Lyons, request for position on conducting discovery in aid of sanctions
**Date:** Friday, October 23, 2026 5:42:08 PM

---

Katie,

I'm writing to respond to Plaintiffs' request for names and potential deposition dates by today. We have conferred with the agency and as of today, the agency's position is that the DHS/ICE individuals identified generically in plaintiffs' notices and Liana J. Castro should not be subject to depositions. The agency is engaging in further internal discussions about this issue and will follow up with our office later next week.

We will follow up with you next week as soon as we have discussed with the agency.

Thank you,
Tomoko

**Tomoko Onozawa**
Deputy Chief, Civil Division
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2721

---

**From:** Katie Rosenfeld <krosenfeld@ecbawm.com>
**Sent:** Friday, October 16, 2026 2:36 PM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** 'Bobby Hodgson' <rhodgson@nyclu.org>; 'Amy Belsher' <abelsher@nyclu.org>; 'Wafa Junaid' <wjunaid@nyclu.org>; 'Claire Molholm' <cmolholm@nyclu.org>; 'Paige Austin' <paige.austin@maketheroadny.org>; 'Harold Solis' <harold.solis@maketheroadny.org>; Sam Shapiro <sshapiro@ecbawm.com>; Sydney Zazzaro <szazzaro@ecbawm.com>
**Subject:** [EXTERNAL] RE: ACT v. Lyons, request for position on conducting discovery in aid of sanctions

Tomoko,

Per the Court's order yesterday, please find attached for service a combined Notice of Depositions for the depositions of the four witnesses that the Court authorized.

Could you please identify the names of the witnesses described in this Notice by next Friday, October 23, 2026?

Thank you.

Katherine Rosenfeld
Partner
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Center, 8th Floor
New York, NY 10020
212-763-5000
krosenfeld@ecbawm.com
Pronouns: She/Hers

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (krosenfeld@ecbawm.com) immediately.

---

**From:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>
**Sent:** Wednesday, October 14, 2026 2:11 PM
**To:** Katie Rosenfeld <krosenfeld@ecbawm.com>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** 'Bobby Hodgson' <rhodgson@nyclu.org>; 'Amy Belsher' <abelsher@nyclu.org>; 'Wafa Junaid' <wjunaid@nyclu.org>; 'Claire Molholm' <cmolholm@nyclu.org>; 'Paige Austin' <paige.austin@maketheroadny.org>; 'Harold Solis' <harold.solis@maketheroadny.org>; Sam Shapiro <sshapiro@ecbawm.com>; Sydney Zazzaro <szazzaro@ecbawm.com>
**Subject:** RE: ACT v. Lyons, request for position on conducting discovery in aid of sanctions

Katie –

The government takes no position on plaintiffs' request for discovery. In light of the year-end holidays and anticipated absences, we ask that the government be given 30 days to respond to any motion filed on December 18.

Thanks,
Tomoko

**Tomoko Onozawa**
Deputy Chief, Civil Division
U.S. Attorney's Office, SDNY
rd

86 Chambers Street, 3 Floor
New York, NY 10007
(212) 637-2721

---

**From:** Onozawa, Tomoko (USANYS)
**Sent:** Wednesday, October 14, 2026 12:22 PM
**To:** Katie Rosenfeld <krosenfeld@ecbawm.com>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Bobby Hodgson <rhodgson@nyclu.org>; Amy Belsher <abelsher@nyclu.org>; Wafa Junaid <wjunaid@nyclu.org>; Claire Molholm <cmolholm@nyclu.org>; Paige Austin <paige.austin@maketheroadny.org>; Harold Solis <harold.solis@maketheroadny.org>; Sam Shapiro <sshapiro@ecbawm.com>; Sydney Zazzaro <szazzaro@ecbawm.com>
**Subject:** RE: ACT v. Lyons, request for position on conducting discovery in aid of sanctions

Hi Katie,

I will get back to you between 2-2:30 p.m. I'm sorry for these delays again, and understood that you intend to file your letter with the Court today.

Thanks,
Tomoko

---

**From:** Katie Rosenfeld <krosenfeld@ecbawm.com>
**Sent:** Wednesday, October 14, 2026 12:18 PM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Bobby Hodgson <rhodgson@nyclu.org>; Amy Belsher <abelsher@nyclu.org>; Wafa Junaid <wjunaid@nyclu.org>; Claire Molholm <cmolholm@nyclu.org>; Paige Austin <paige.austin@maketheroadny.org>; Harold Solis <harold.solis@maketheroadny.org>; Sam Shapiro <sshapiro@ecbawm.com>; Sydney Zazzaro <szazzaro@ecbawm.com>
**Subject:** [EXTERNAL] RE: ACT v. Lyons, request for position on conducting discovery in aid of sanctions

Tomoko, Following up here to ask if you have received a response from DHS to your inquiries? We plan to file our letter with the Court today and if you have not yet heard back, we will note that in our letter. Thank you.

Katherine Rosenfeld
Partner

Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Center, 8th Floor
New York, NY 10020
212-763-5000
krosenfeld@ecbawm.com
Pronouns: She/Hers

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (krosenfeld@ecbawm.com) immediately.

---

**From:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>
**Sent:** Tuesday, October 13, 2026 6:50 PM
**To:** Katie Rosenfeld <krosenfeld@ecbawm.com>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Bobby Hodgson <rhodgson@nyclu.org>; Amy Belsher <abelsher@nyclu.org>; Wafa Junaid <wjunaid@nyclu.org>; Claire Molholm <cmolholm@nyclu.org>; Paige Austin <paige.austin@maketheroadny.org>; Harold Solis <harold.solis@maketheroadny.org>; Sam Shapiro <sshapiro@ecbawm.com>; Sydney Zazzaro <szazzaro@ecbawm.com>
**Subject:** RE: ACT v. Lyons, request for position on conducting discovery in aid of sanctions

Katie, we have pinged the agency for a response this evening and will follow up.

Thanks,
Tomoko

---

**From:** Katie Rosenfeld <krosenfeld@ecbawm.com>
**Sent:** Tuesday, October 13, 2026 2:09 PM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Bobby Hodgson <rhodgson@nyclu.org>; Amy Belsher <abelsher@nyclu.org>; Wafa Junaid <wjunaid@nyclu.org>; Claire Molholm <cmolholm@nyclu.org>; Paige Austin <paige.austin@maketheroadny.org>; Harold Solis <harold.solis@maketheroadny.org>; Sam Shapiro <sshapiro@ecbawm.com>; Sydney Zazzaro <szazzaro@ecbawm.com>
**Subject:** [EXTERNAL] RE: ACT v. Lyons, request for position on conducting discovery in aid of sanctions

Tomoko, When do you think you will be able to respond?

Katherine Rosenfeld
Partner
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Center, 8th Floor
New York, NY 10020
212-763-5000
krosenfeld@ecbawm.com
Pronouns: She/Hers

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (krosenfeld@ecbawm.com) immediately.

---

**From:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>
**Sent:** Tuesday, October 13, 2026 2:08 PM
**To:** Katie Rosenfeld <krosenfeld@ecbawm.com>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Bobby Hodgson <rhodgson@nyclu.org>; Amy Belsher <abelsher@nyclu.org>; Wafa Junaid <wjunaid@nyclu.org>; Claire Molholm <cmolholm@nyclu.org>; Paige Austin <paige.austin@maketheroadny.org>; Harold Solis <harold.solis@maketheroadny.org>; Sam Shapiro <sshapiro@ecbawm.com>; Sydney Zazzaro <szazzaro@ecbawm.com>
**Subject:** RE: ACT v. Lyons, request for position on conducting discovery in aid of sanctions

Hi Katie,

We relayed your email and draft discovery requests to DHS on Friday, but we are not in a position to respond as of now.

Thanks,
Tomoko

---

**From:** Katie Rosenfeld <krosenfeld@ecbawm.com>
**Sent:** Tuesday, October 13, 2026 1:48 PM
**To:** Onozawa, Tomoko (USANYS) <Tomoko.Onozawa@usdoj.gov>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Bobby Hodgson <rhodgson@nyclu.org>; Amy Belsher <abelsher@nyclu.org>; Wafa Junaid <wjunaid@nyclu.org>; Claire Molholm <cmolholm@nyclu.org>; Paige Austin <paige.austin@maketheroadny.org>; Harold Solis <harold.solis@maketheroadny.org>; Sam Shapiro <sshapiro@ecbawm.com>; Sydney Zazzaro <szazzaro@ecbawm.com>
**Subject:** [EXTERNAL] RE: ACT v. Lyons, request for position on conducting discovery in aid of sanctions

Tomoko, I'm emailing to follow up on my email below. Does the government take a position on this application or have a proposal for the briefing schedule? Thanks.

Katherine Rosenfeld
Partner
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Center, 8th Floor
New York, NY 10020
212-763-5000
krosenfeld@ecbawm.com
Pronouns: She/Hers

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (krosenfeld@ecbawm.com) immediately.

---

**From:** Katie Rosenfeld
**Sent:** Friday, October 9, 2026 4:29 PM
**To:** Onozawa, Tomoko (USANYS) <tomoko.onozawa@usdoj.gov>; Oestericher, Jeffrey (USANYS) <jeffrey.oestericher@usdoj.gov>
**Cc:** Bobby Hodgson <rhodgson@nyclu.org>; Amy Belsher <abelsher@nyclu.org>; Wafa Junaid <wjunaid@nyclu.org>; Claire Molholm <cmolholm@nyclu.org>; Paige Austin <paige.austin@maketheroadny.org>; Harold Solis <harold.solis@maketheroadny.org>; Sam Shapiro <sshapiro@ecbawm.com>; Sydney Zazzaro <szazzaro@ecbawm.com>
**Subject:** ACT v. Lyons, request for position on conducting discovery in aid of sanctions

Tomoko and Jeff,

We intend to file a letter motion with the Court as soon as possible next week requesting leave to conduct limited discovery, consisting of document requests and several depositions, in connection with an anticipated sanctions motion arising from the government's misrepresentations to the Court about the scope of the 2025 Guidance. We propose to conduct this discovery over the next 60 days, and if warranted, to file our motion for sanctions by December 18, 2026.

We've attached here the initial document requests we will seek leave to serve. The list of witnesses we will seek leave to depose is as follows: (1) the individual(s) at ICE who provided the information to the USAO that the 2025 ICE Guidance applied to immigration courthouse arrests. *See* ECF No. 77 ("The undersigned were specifically informed by ICE that the 2025 ICE Guidance applied to immigration courthouse arrests."); (2) the "counsel for ICE" who

advised the USAO on March 24, 2026 that the 2025 ICE Guidance "does not and has never applied to civil immigration enforcement actions in or near Executive Office for Immigration Review ("EOIR") immigration courts." *Id*.; (3) "[T]he assigned ICE counsel" who approved "every brief in this case" and "any oral representations to the Court and Plaintiffs." *Id*.; and (4) Liana J. Castro, Assistant Director, Field Operations, Enforcement and Removal Operations, ICE (author of "Reminder" at ECF No. 77-1, as issued on March 19, 2026 ("This broadcast serves as a reminder that the May 27, 2025, Guidance does not apply to Executive Office for Immigration Review (Immigration) courts, regardless of their location.")).

Please let us know your position on Plaintiffs' application to conduct this limited discovery by COB on Tuesday, October 13th, and a proposed date for any opposition papers that the government would submit in response to the anticipated motion for sanctions, if filed on December 18, 2026.

Thank you.

Katherine Rosenfeld
Partner
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Center, 8th Floor
New York, NY 10020
212-763-5000
krosenfeld@ecbawm.com
Pronouns: She/Hers

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (krosenfeld@ecbawm.com) immediately.