UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AFRICAN COMMUNITIES TOGETHER and THE DOOR,

Plaintiffs,

25-cv-6366 (PKC)

-against-

ORDER

TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the United States Department of Homeland Security; DAREN K. MARGOLIN, in his official capacity as Director, Executive Office of Immigration Review; and TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice,

Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

Defendants shall designate the three Rule 30(b)(6) deponents authorized in the Court's Order of October 15, 2026 and offer dates for their depositions and that of Liana J. Castro by October 30, 2026. See Rule 37(b), Fed. R. Civ. P.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 27, 2026