**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 29, 2026

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *African Communities Together v. Venturella*, No. 25 Civ. 6366 (PKC)

Dear Judge Castel:

This Office represents defendants (the "Government") in the above-referenced Administrative Procedure Act case commenced by plaintiffs African Communities Together and The Door ("Plaintiffs"). We write respectfully to request: (1) a clarification of the Court's October 27, 2026 Order ("October 27 Order") (ECF No. 117), as described below; and (2) a two-week extension of the Government's deadline to provide Plaintiffs with the names of three deposition witnesses and dates for their depositions and for the deposition of Liana J. Castano, from October 30, 2026, to November 13, 2026. Plaintiffs take no position on the Government's request to clarify the Court's October 27 Order, do not consent to the Government's request to extend by two weeks the Government's identification of the three generically-identified witnesses in Plaintiffs' deposition notice, and consent to the Government's request to extend by two weeks its deadline to provide Plaintiffs with dates on which its witnesses are available to be deposed. This is the Government's first request for an extension to comply with the October 27 Order.

First, the Government seeks clarification relating to the October 27 Order. The Court's October 15, 2026 order granting plaintiffs' motion to conduct discovery ("October 15 Order") (ECF No. 115) permitted plaintiffs to depose Ms. Castano and "three of the deponents generically described" in plaintiffs' proposed deposition notice. Oct. 15 Order, at 2–4; *see also* ECF No. 114, at 3 n.1. On October 16, plaintiffs served on the Government a Combined Notice of Depositions ("Notice") (annexed as Exhibit A), which noticed Ms. Castano's deposition and the depositions of generically-identified agency individuals who provided information to and communicated with the undersigned attorneys. The Notice did not ask the defendant agencies to designate 30(b)(6) deposition witnesses to testify about specific topics on their behalf. The Court's October 27 Order, however, directed the Government to "designate the three Rule 30(b)(6) deponents authorized in the Court's Order of October 15, 2026 and offer dates for their depositions . . . ." Ultimately, the Government respectfully requests the Court's clarification that the October 27 Order directed the Government to provide the names and availabilities of the fact witnesses who are generically identified in Plaintiffs' Notice, and does not require the Government to designate any 30(b)(6) witnesses for each of the first three numbered paragraphs in the Notice.

To the extent it was the Court's intent to authorize Plaintiffs to obtain 30(b)(6) deposition testimony from one or more designated agency witnesses who can testify about the matters set forth in the Notice's first three numbered paragraphs, the Government posits that a single 30(b)(6) witness could more efficiently and effectively address those matters. Accordingly, the Government alternatively requests that the Court permit the Government to designate a single witness to appear for a 30(b)(6) deposition on testimony topics reasonably to be covered by the three proposed generically-identified individuals. Plaintiffs have informed this Office that they take no position on the Government's request for clarification of the October 27 Order "as we think it's clear who the government is required to identify," and do not consent to the Government's alternative request for a single 30(b)(6) deposition.

Second, the Government requests a two-week extension of its October 30 deadline to comply with the Order, because this Office is exploring whether it should be recused from representing defendants with regard to plaintiffs' sanctions discovery and any associated sanctions motion. As previously noted, Plaintiffs' counsel objects to the Government's request to extend its deadline for disclosing the identities of the individuals who are generically identified in the first three numbered paragraphs of the Notice, but consents to granting the Government a two-week extension to provide the dates on which the identified witnesses and Ms. Castano are available for depositions.

We thank the Court for its consideration of these requests.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Tomoko Onozawa*
JEFFREY S. OESTERICHER
TOMOKO ONOZAWA
Assistant United States Attorneys
Tel.: (212) 637-2695/2721
Email: Jeffrey.Oestericher@usdoj.gov
Tomoko.Onozawa@usdoj.gov

Attachment: Plaintiffs' Combined Notice of Depositions, dated October 16, 2026

cc: All Counsel of Record (via ECF)