UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AFRICAN COMMUNITIES TOGETHER and THE DOOR,

Plaintiffs,

25-cv-6366 (PKC)

-against-

ORDER

TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the United States Department of Homeland Security; DAREN K. MARGOLIN, in his official capacity as Director, Executive Office of Immigration Review; and TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice,

Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

The Court's Order of October 27, 2026 was directed to the designation of three Rule 30(b)(6) deponents and one identified witness, all of whom were referred to in the October 15, 2026 Order. This should suffice as a clarification.

The time to designate the three Rule 30(b)(6) witnesses and supply dates for depositions of these three witnesses and the previously named witness is extended from October 30, 2026 to November 6, 2026.

All other relief sought in the letter of October 29, 2026 (ECF 118) is DENIED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 30, 2026